*Ridge Corporation v. Transtex Composite, Inc.*
No. 2:11-cv-840

## Appendix A – Agreed Upon Claim Constructions

Pursuant to Local Patent Rule 105.2(d)(i), Ridge and Transtex identify the following constructions of claim terms and phrases on which the parties agree.

| Claim Term or Phrase | Agreed Construction |
|---|---|
| securing the skirt panel to the trailer | connecting the skirt panel to the trailer |
| securing mechanism | a mechanism for connecting |
| two opposite curves | two curves facing in opposite directions |