**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **RIDGE CORPORATION** | : | |
| | : | Case No. 2:11-CV-840 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| **TRANSTEX COMPOSITE, INC.,** | : | Magistrate Judge Kemp |
| | : | |
| Defendant. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 14, 2013 Order, the Court **GRANTED** the Joint Motion to Dismiss.  This case is hereby **DISMISSED**.

Date:  January 14, 2013                   **John Hehman, Clerk**

                                                                        s/Betty L. Clark
                                                       Betty L. Clark/Deputy Clerk